# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 19 mj 03496 - McAliley

UNITED STATES OF AMERICA

vs.

MARIUS BARBU,

      **Defendant.**

_____ /

## CRIMINAL COMPLAINT COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? __Yes   X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   __Yes   X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
      Yisel Valdes
      Assistant United States Attorney
      Florida Special Bar No. A5502330
      United States Attorney's Office
      Southern District of Florida
      99 NE 4th Street
      Miami, FL 33132
      Tel: (305) 961-9260
      Email: yisel.valdes3@usdoj.gov

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 19 mj 03496 - McAliley |
| MARIUS BARBU, | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 17, 2019_____ in the county of _____Miami-Dade_____ in the
_____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a). | Illegal re-entry after deportation and removal. |

This criminal complaint is based on these facts:

 SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eric Moreno, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___9-17-19___

_____
*Judge's signature*

City and state: _____Miami, Florida_____

CHRIS M. MCALILEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

## **AFFIDAVIT**

I, Eric Moreno, being duly sworn, depose and state the following:

1.      I am a Special Agent (SA) with Homeland Security Investigation (HSI).  I have been employed with HSI since December 2, 2002 and have worked in South Florida for the past sixteen years.  I am responsible for conducting criminal investigations related to criminal, civil, and administrative violations contained in Title 8, 18, and 31 of the United States Code. I am currently assigned to the HSI El Dorado Task Force-South.

2.      The statements contained in this affidavit are based on my personal knowledge, as well as information provided to me by others, including other law enforcement officials and civilian witnesses.  I am fully aware of the facts and circumstances concerning this investigation and have participated in significant aspects of this investigation.

3.      The information contained in this affidavit is submitted for the limited purpose of establishing probable cause that the defendant Marius BARBU illegally reentered the United States after deportation and removal, in violation of Title 8, United States Code, Section 1326(a). Therefore, this affidavit does not include all the details of the investigation.

4.      In or around February 2018, a criminal warrant was issued for BARBU's arrest in Duval County in Jacksonville, Florida.  BARBU was charged with four counts: count 1 - criminal use of personal identification information ($100,000 + or 30 Victims), in violation of Florida Statute 817.568(2)(c); count 2 - defraud financial institution by schemes/false/fraudulent pretenses/promises/representation, in violation of Florida Statute 655.0322(6); count 3 – traffic in counterfeit credit card, in violation of Florida Statute 817.611; and count 4 – use of re-encoder to defraud, in violation of Florida Statute 817.625(2)(a)(2).

5.      In or around September 2019, law enforcement received information that BARBU was in the Southern District of Florida.

6. On or about September 17, 2019, law enforcement responded to a residence located at 2851 N.E. 183rd Street, Apartment #1008E, Aventura, Florida 33160, in the Southern District of Florida, where BARBU lived. BARBU responded to the door, and was arrested.

7. BARBU was transported to the HSI Miami Office for administrative processing. Once at the HSI Miami Office, BARBU's fingerprints were taken and cross-referenced with the Integrated Automated Fingerprint Identification System, which revealed that BARBU had previously been ordered removed by an Immigration Judge on or about February 16, 2017.

8. A review of BARBU's alien file revealed that he is a native and citizen of Romania, who was last removed from the United States to Romania on or about April 13, 2017 via LOT Polish Airlines, Flight #27.

9. The removal was contemporaneously documented on a Form I-205, Warrant of Removal/Deportation, bearing BARBU's photograph, fingerprint and signature, as well as the signature of the immigration officer who verified his departure.

10. A comparison of the photograph in BARBU's alien file and in the Form I-205 with the subject that was apprehended by law enforcement on September 17, 2019, depict the same individual.

11. There is no record reflecting that BARBU applied for or received permission to reapply for admission to the United States.

12. WHEREFORE, based upon the foregoing, I submit that there is probable cause to believe that on or about September 17, 2019, Marius BARBU, an alien having been previously removed from the United States on or about April 13, 2017, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security having expressly consented to such aliens

2

reapplying for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).


**FURTHER YOUR AFFIANT SAYETH NAUGHT.**


ERIC MORENO
Special Agent
Homeland Security Investigations


Sworn to and subscribed before me
this 17 day of September, 2019


CHRIS M. MCALILEY
UNITED STATES MAGISTRATE JUDGE